AO 440 (Rev. 04/08) Civil Summons (Page 2)    3:09cv646-N

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 30 2009
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on X10 Wireless Technolgy Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) delivering a copy to Philip Bednar; who stated he was authorized to accept for Danial A Pharris, Registered Agent.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 07/27/2009

Server's signature

Sebastien Michel-Hart
Printed name and title

824 Post Ave
Seattle WA 98104
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| GUARDIAN TECHNOLOGIES, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:09-cv-649 |
| RADIO SHACK CORPORATION, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

X10 WIRELESS TECHNOLOGY, INC.
Through its Registered Agent Danial D. Pharris
601 Union Street, Ste. 2600
Seattle, Washington 98101 (or wherever found)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jamil N. Alibhai, jalibhai@munckcarter.com, Munck Carter LLP, 12770 Coit Road, Ste. 600, Dallas, TX 75251
Telephone: (972) 628-3600, Facsimile: (972) 628-3616

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: JUL 2 2 2009

Name of clerk of court
Dawn D Burton
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*